**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | Case No. 1:22-cv-06876 |

## **LOCAL RULE 3.2 NOTIFICATION AND 7.1 DISCLOSURES**

In accordance with Local Rule 3.2 and Fed. R. Civ. P. 7.1, Plaintiff makes the following disclosures:

1. Plaintiff does not have any parent corporations.

2. Plaintiff is not a publicly-held corporation or an otherwise publicly-held entity.

3. It is not the case that 5% or more of Plaintiff's stock is owned by a publicly-held corporation or an otherwise publicly-held entity.

Dated: December 7, 2022

Respectfully submitted,

/s/Brandon Beymer
BRANDON BEYMER (ARDC NO. 6332454)
DALIAH SAPER (ARDC NO. 6283932)
SAPER LAW OFFICES, LLC
505 N. LASALLE, SUITE 60654
CHICAGO, ILLINOIS 60654
(312) 527-4100
BRANDON@SAPERLAW.COM
DS@SAPERLAW.COM

ATTORNEYS FOR PLAINTIFF