**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　　Defendants. | Case No. 22-cv-6876<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on June 20, 2023 (Dkt. 95) in favor of Plaintiff and against the Defendants Identified in Schedule A attached thereto. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant No. | Defendant/Store Name or Alias |
|---|---|
| #496 | Jindouyun (Shanghai) Import and Export Co., LTD |
| #499 | Jinan Nanju Internet Technology Co., LTD |
| #501 | Dalian Shenyue Network Technology Co. LTD |
| #504 | Dongguan Chaogang E-Commerce Co., LTD |
| #507 | Shenzhen Senbei Electronic Co. LTD |
| #508 | Shanghai Tianke Network Technology Co. LTD |
| #509 | Shanghai Chao Ying Network Technology Co., LTD |
| #511 | Shanghai Yingyue Information Technology Co., LTD |
| #524 | Shanghai Yuanqu Textile Co., LTD |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants are hereby acknowledged, and the Clerk of Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Date:　June 28, 2023　　　　　　　　　　　　　　Respectfully submitted,

/s/Brandon Beymer
Brandon Beymer (ARDC No. 6332454)
Daliah Saper (ARDC No. 6283932)
Saper Law Offices, LLC
505 N. LaSalle, Suite 60654
Chicago, Illinois 60654
(312) 527-4100
brandon@saperlaw.com
ds@saperlaw.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will send an e-mail to the e-mail addresses provided for Defendant by third parties.

*/s/ Brandon Beymer*
Brandon Beymer